CHARLES H. CHILDS & COMPANY, Respondent, *v.* THE WATERLOO WAGON COMPANY, LIMITED, Appellant.

*Childs & Co.* v. *Waterloo Wagon Co.*, 37 App. Div. 242, affirmed.
(Argued April 30, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*George H. Harris* for appellant.

*Thomas S. Jones* and *John W. Boyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: WERNER, J.